BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| R.P. BY AND THROUGH HER GUARDIAN AD LITEM TRACIE PEREZ, | Case No. 2:15-cv-01366-AC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including February 12, 2016.  The response is currently due January 13, 2016.  This extension is being sought so that the parties can further consider settlement.

    The parties also stipulate that the scheduling order shall be modified accordingly.

1 – Stipulation and Order Extending Def's Time

Respectfully submitted,

Dated: January 12, 2016     */s/ Young Chul Cho* *
                            YOUNG CHUL CHO
                            (*as authorized by email on January 12, 2016)
                            Attorney for Plaintiff

Dated: January 12, 2016     BENJAMIN B. WAGNER
                            United States Attorney
                            DEBORAH LEE STACHEL
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

                    By:     */s/ Michael K. Marriott*
                            MICHAEL K. MARRIOTT
                            Special Assistant U.S. Attorney
                            Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2 – Stipulation and Order Extending Def's Time