1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
   Social Security Administration
3  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
4        160 Spear Street, Suite 800
         San Francisco, CA 94105
5        Telephone: (415) 977-8985
         Facsimile: (415) 744-0134
6        E-mail: Michael.Marriott@ssa.gov

7  Attorneys for Defendant

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                   SACRAMENTO DIVISION

11

12 TRACIE PEREZ *guardian ad litem* OBO R.P. )
                                            )  Case No. 2:15-cv-01366-AC
13        Plaintiff,                        )
                                            )  [~~PROPOSED~~]
14        v.                                )  **JUDGMENT OF REMAND**
                                            )
15                                          )
   CAROLYN W. COLVIN,                       )
16 Acting Commissioner                      )
   of Social Security,                      )
17                                          )
                                            )
18        Defendant.                        )
                                            )
19

20        The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to

21 Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged

22 concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**

23 **ADJUDGED AND DECREED** that the above-captioned action is remanded to the

24 Commissioner of Social Security for further proceedings consistent with the Stipulation to

25 Remand.

26 DATED: February 10, 2016

27                                          _____
                                            ALLISON CLAIRE
28                                          UNITED STATES MAGISTRATE JUDGE